# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WELLS FARGO, NATIONAL ASSOCIATION, a national association, | ) |
| | ) CIVIL ACTION NO. |
| Plaintiff, | ) |
| | ) 10-0578-CB |
| v. | ) |
| STANLEY E. SMALL, THOMAS K. STANLEY, SR., and THEODORE W. MASON, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## FINAL JUDGMENT

Pursuant to separate order entered this date granting Plaintiff's Motion for Summary Judgment, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the Plaintiff, Wells Fargo, N.A., recover of the Defendants, Stanley E. Small, Thomas K. Stanley, Sr. and Theodore W. Mason, nine hundred forty-three thousand two hundred ninety-eight and 77/100ths ($943,298.77) dollars.

**DONE** this the 21st day of July, 2011.

                                                         s/*Charles R. Butler, Jr.*
                                                         **Senior United States District Judge**